UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JOSEPH CARRILLO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-21-CV-00026-FM |
| | § | |
| UNION PACIFIC RAILROAD CO., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with "Order Granting Defendant's Motion for Summary Judgment" [ECF No. 62], entered August 9, 2022, the court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITH PREJUDICE.**

2. It is **FURTHER ORDERED** all pending motions, if any, are **DENIED AS MOOT.**

3. The Clerk of the Court is **INSTRUCTED** to **CLOSE** the cause.

**SIGNED AND ENTERED** this _9_ day of **August 2022.**

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE